STATE OF NORTH CAROLINA v. BRYAN KEITH HESS

No. 465PA07

(Filed 11 April 2008)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 185 N.C. App. 530, 648 S.E.2d 913 (2007), affirming an order dated 14 July 2006 by Judge Michael E. Beale in Superior Court, Rowan County. Heard in the Supreme Court 19 March 2008.

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for the State.*

*Haakon Thorsen for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice HUDSON did not participate in the consideration or decision of this case.